**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SIDI MOHAMED HERMA,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-cv-8979** |
| **ANDY CRUZ, Warden, Federal Detention Center, Philadelphia,** ***et al.*****,** ***Respondents.*** | : | |

**ORDER**

**AND NOW**, this **25th** day of **November 2026**, upon review of Petitioner Sidi Mohamed Herma's Petition for Writ of Habeas Corpus (ECF No. 1), Amended Petition for Writ of Habeas Corpus (ECF No. 2), and the docket, it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.
2. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petitions (ECF Nos. 1–2) and the instant Order on Respondents, and shall file proof of service on or before **December 1, 2026 at 12:00 p.m. (noon)**.
3. Petitioner shall **EMAIL** the Petitions (ECF Nos. 1–2) and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **November 25, 2026 at 5:00 p.m.**: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; gregory.david@usdoj.gov.
4. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter

and that AUSA shall enter their appearance for Respondents on or before **November 30, 2026 at 5:00 p.m.**

5. In light of the Third Circuit's recent decision in *Buele Morocho v. Warden Philadelphia FDC*, 189 F.4th 287 (3d Cir. 2026), Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). Respondents shall file a Response to the Petitions (ECF Nos. 1–2), on or before **December 3, 2026 at 4:00 p.m.** In their Response, Respondents shall also identify the following: (1) the circumstances of Petitioner's arrest; (2) whether U.S. Immigration and Customs Enforcement had a Form I-200 Warrant for Petitioner's arrest and, if so, whether the warrant was generated before or after Petitioner's arrest; (3) whether Petitioner has any criminal history; and (4) the time and place of Petitioner's bond hearing before an immigration judge.
6. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**